UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO.: 08 CIV 5223

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 NEW YORK RETIREMENT, WELFARE, LABOR MANAGEMENT COALITION AND APPRENTICE TRAINING AND JOURNEYMEN UPGRADING FUNDS, AND BRICKLAYERS, AND ALLIED CRAFTWORKERS LOCAL 5 NEW YORK.,

DATE OF FILING: June 6, 2008

YOUR FILE: 26532.3031

Plaintiff(s), Petitioner(s)

AFFIDAVIT OF SERVICE

against

DE CORA CONSTRUCTION & SONS, INC., et al.,

Defendant(s), Respondent(s)

STATE OF NEW YORK: COUNTY OF DUTCHESS: ss:

**DONALD R. CADY** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Hyde Park, NY.

That on **June 17, 2008** at **9:04 AM** at **824 Route 6, Mahopac, NY 10541**, deponent served the within **Summons in a Civil Case, Complaint, Judge's Individual Rules, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing** on **FRANCISO TAVARES**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy of each to **SEAN FITCH**, Office Manager, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's place of business and their reply was affirmative.

Deponent also enclosed a copy of same in a postpaid sealed envelope, properly addressed to recipient at recipient's place of business at **824 Route 6, Mahopac, NY 10541** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of New York on **6/17/08**.
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **Caucasian** Hair: **Brown** Age(Approx): **40** Height(Approx): **5' 9"** Weight(Approx): **150-160 lbs**
Other: **Glasses**

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Tuesday, June 17, 2008

Tina Marie Tomlins
Notary State of New York
Reg. No. 01TO6155313
Qualified in County of Dutchess
Commission Exp. Nov. 6, 2011

DONALD R. CADY

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com