Index # 08 civ. 5223

Purchased/Filed: June 6, 2008

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |

Trustees of the Bricklayers and Allied Craftworkers, Local 5 New York Retirement; et al    Plaintiff

against

De Cora Construction & Sons, Inc.; et al    Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 45 yrs
Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White
Hair color: Blonde   Other:

Robin Brandow , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   June 16, 2008  , at  12:55 pm , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed   Summons, Complaint, Judge's Indiv. Rules; Instructions, Procedures and Guidelines for Electronic Filing   on   The De Cora Group LLC aka The Decora Group, LLC  , the Defendant in this action, by delivering to and leaving with   Donna Christie  , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40.00   dollars; That said service was made pursuant to Section   LIMITED LIABILITY COMPANY LAW §303 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

16th  day of   June, 2008

*Faith Cozzy* (signature)
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

*Robin Brandow* (signature)
Robin Brandow

Invoice•Work Order # 0811405