UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT,           STIPULATION
WELFARE, LABOR MANAGEMENT COALITION and
APPRENTICE TRAINING AND JOURNEYMEN                    08 CV 5223
UPGRADING FUNDS and BRICKLAYERS and ALLIED
CRAFTWORKERS LOCAL 5 NEW YORK,

                              Plaintiff,

        - against -

DE CORA CONSTRUCTION & SONS, INC.,
DE CORA CONSTRUCTION, LLC, THE DE CORA
GROUP, LLC, DE CORA EQUIPMENT, LLC and
FRANCISCO TAVARES, Individually,

                              Defendant.
------------------------------------------------------------x

It is hereby stipulated by and between the undersigned attorneys that the defendants' time

to answer is extended from July 7, 2008 to August 7, 2008.

Gellert & Klein, P.C.                    Parisi & Patti LLP
Attorney for Plaintiffs                  Attorney for Defendants

by: _____              by: _____
    David R. Wise (DW 3016)                  Guy T. Parisi

Dated: July 1, 2008

So Ordered.

[signature]
7/2/08