JUL-24-2008 THU 10:39 AM GELLERT KLEIN PC        FAX NO. 8454546221        P. 02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT,
WELFARE, LABOR MANAGEMENT COALITION and
APPRENTICE TRAINING AND JOURNEYMEN
UPGRADING FUNDS and BRICKLAYERS and ALLIED
CRAFTWORKERS LOCAL 5 NEW YORK,

                      Plaintiff,

            - against --

DE CORA CONSTRUCTION & SONS, INC.,
DE CORA CONSTRUCTION, LLC, THE DE CORA
GROUP, LLC, DE CORA EQUIPMENT, LLC and
FRANCISCO TAVARES, Individually,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION

08 CV 5223

It is hereby stipulated by and between the undersigned attorneys that the defendants' time to answer is extended from August 7, 2008 to September 7, 2008.

Gellert & Klein, P.C.
Attorney for Plaintiffs

by:_____
Stephen E. Ehlers
(SE3094)

Dated: July 23, 2008

Parisi & Patti LLP
Attorney for Defendants

by:_____
Clement S. Patti, Jr.

So Ordered.

7/24/08